IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVONTE STRICKLAND**                                                                                  **PLAINTIFF**

v.                                    **Case No. 4:21-cv-01238-KGB**

**DALLAS COUNTY DETENTION CENTER**                                          **DEFENDANT**

**ORDER**

Before the Court is the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). On December 28, 2021, Devonte Strickland filed a *pro se* complaint against the Dallas County Detention Center (Dkt. No. 1). On March 14, 2022, Judge Ray directed Mr. Strickland either to pay the filing fee or file a properly completed application to proceed *in forma pauperis* within 30 days of the date of the Order (Dkt. No. 2). On April 20, 2022, Judge Ray entered a Recommended Disposition that Mr. Strickland's complaint be dismissed without prejudice pursuant to Local Rule 5.5(c)(2) for failure prosecute (Dkt. No. 3). A copy of the Recommended Disposition was sent to Mr. Strickland but was returned undeliverable (Dkt. No. 4). Mr. Strickland has not communicated with the Court since filing the complaint. The Court adopts in its entirety as this Court's finding in all respects the Recommended Disposition and dismisses without prejudice Mr. Strickland's complaint for failure to prosecute (Dkt. Nos. 1; 3). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of February, 2025.

_____
Kristine G. Baker
Chief United States District Judge